UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HOWARD, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:22-cv-01505-CJC-MRW<br><br>Hon. Cormac J. Carney<br><br>**ORDER EXTENDING TIME FOR DEFENDANT AETNA LIFE INSURANCE COMPANY TO RESPOND TO THE COMPLAINT [15]** |

**ORDER**

The Court, having reviewed the Parties' Stipulation to Extend Time for Defendant Aetna Life Insurance Company to Respond to the Complaint, and good cause appearing, **ORDERS** as follows:

1. The deadline for Defendant Aetna Life Insurance Company to respond to the complaint is extended through and including **May 27, 2022**.

Dated:  March 21, 2022

By: _____
Hon. Cormac J. Carney
United States District Judge