MANATT, PHELPS & PHILLIPS, LLP
JOSEPH E. LASKA (Bar No. 221055)
Email: jlaska@manatt.com
NATHANIEL A. COHEN (Bar No. 289142)
E-mail: nacohen@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

JUSTIN JONES RODRIGUEZ (Bar No. 279080)
Email: jjrodriguez@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
AETNA LIFE INSURANCE COMPANY

Additional counsel listed on the following page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANDREW HOWARD, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY,

Defendant.

Case No. 2:22-cv-01505-CJC-MRW

Hon. Cormac J. Carney

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE DEFENDANT'S PLEADING RESPONSE DEADLINE**

Filed concurrently with [Proposed] Order

Action Filed: March 4, 2022

ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, CA 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com

Attorneys for Plaintiff
ANDREW HOWARD

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Andrew Howard, on behalf of himself and all others similarly situated, and Defendant Aetna Life Insurance Company ("Aetna"), have reached a settlement-in-principle of this action as memorialized in a Memorandum of Understanding.

Plaintiff anticipates filing a motion for preliminary approval of a global class action settlement in this action and the related action *Brian Hendricks et al. v. Aetna Life Insurance Company*, Case No.: 2:19-cv-06840 CRC (MRWx) on or about February 13, 2023. The parties therefore jointly and respectfully request that the Court vacate Aetna's deadline to respond to Plaintiff's complaint and set a status conference on or about February17, 2023 to address next steps. The parties concurrently submit a [Proposed] Order.

Dated: December 2, 2022

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Joseph E. Laska*
Joseph E. Laska
Justin Jones Rodriguez
Nathaniel Cohen
Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

*I, Joseph E. Laska, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 2, 2022

GIANELLI & MORRIS

By: /s/ Joshua S. Davis
Robert S. Gianelli
Joshua S. Davis
Adrian J. Barrio
Attorneys for Plaintiff
ANDREW HOWARD