1

2          NOTE: CHANGES MADE BY THE COURT

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ANDREW HOWARD, on behalf of himself and all others similarly situated, | Case No. 2:22-cv-01505-CJC-MRW |
| 12 | Hon. Cormac J. Carney |
| 13             Plaintiff, | **ORDER VACATING DEFENDANT'S PLEADING RESPONSE DEADLINE AND SETTING A JOINT STATUS REPORT DEADLINE** |
| 14        vs. | |
| 15  AETNA LIFE INSURANCE COMPANY, | |
| 16             Defendant. | Filed concurrently with Joint Notice of Settlement in Principle |
| 17 | Action Filed: March 4, 2022 |

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having reviewed the Parties' Joint Notice of Settlement in Principle and Request to Vacate Defendant's Pleading Response Deadline, and good cause appearing, **ORDERS** as follows:

1.      The deadline for Defendant Aetna Life Insurance Company to respond to the complaint is VACATED.

2.      Counsel shall submit a joint status report by **February 17, 2023,** to address next steps.


Dated:   December 5, 2022

By: _____
Hon. Cormac J. Carney
United States District Judge

1

ORDER
CASE NO. 2:22-CV-01505-CJC-MRW